# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

### No. ACM S32374

————————————

### UNITED STATES
*Appellee*

**v.**

### Thomas P.J. DRAYTON
Senior Airman (E-4), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 22 March 2017

————————————

*Military Judge:* Vance H. Spath.

*Approved sentence:* Bad-conduct discharge, confinement for 12 months, forfeiture of $850.00 pay per month for 12 months and reduction to E-1. Sentence adjudged 10 November 2015 by SpCM convened at Tinker Air Force Base, Oklahoma.

*For Appellant:* Major Jonathan D. Legg, USAF.

*For Appellee:* Gerald R. Bruce, Esquire.

Before DUBRISKE, HARDING, and C. BROWN, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c).

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

KURT J. BRUBAKER
Clerk of the Court